** SCHOOL DISTRICT — BOUNDARY — COUNTY ** QUESTION: COULD LEGISLATION BE PASSED THAT WOULD CHANGE COUNTY BOUNDARY LINES SO AS TO INCLUDE THE TERRITORY COMPRISING ALL OF A JOINT SCHOOL DISTRICT WITHIN THE BOUNDARIES OF THE COUNTY HAVING THE ADMINISTRATIVE RESPONSIBILITIES FOR SUCH SCHOOL DISTRICT ? THE PROVISIONS OF ARTICLE XVII, SECTION 4 OF THE OKLAHOMA CONSTITUTION WOULD HAVE TO BE MET FIRST. (RICHARD M. HUFF)